1064

No. 1306. DAMISCH *v.* WITHERS ET AL. C. A. 7th Cir. Certiorari denied. *Benjamin S. Adamowski, Francis X. Riley,* and *Paul D. Newey* for petitioner. *Franklin J. Kramer* for respondents Ochsenschlager et al.

No. 1307. NEW ORLEANS STEVEDORING CO., DIVISION OF JAMES J. FLANAGAN SHIPPING CORP. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Ralph L. Kaskell, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 1308. PHILADELPHIA LOCAL No. 8, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES & MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA *v.* KELSEY. C. A. 3d Cir. Certiorari denied. *Kingsley A. Jarvis* for petitioner. *Edward B. Bergman* for respondent.

No. 1312. LOCTITE CORP. *v.* BROADVIEW CHEMICAL CORP. C. A. 2d Cir. Certiorari denied. *Walter D. Ames* for petitioner. *Granger Cook, Jr.,* and *James P. Hume* for respondent.

No. 1314. HAGGERTY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1324. NATIONAL BUILDING CORP. *v.* BENDIX CORP. ET AL. C. A. 6th Cir. Certiorari denied. *Victor W. Ewen* and *William A. MacKenzie* for petitioner. *William D. Grubbs* for respondent General Motors Corp.